**No. 11-5362. Danny Shelton, Petitioner v. United States.**

565 U.S. 903, 132 S. Ct. 301, 181 L. Ed. 2d 184, 2011 U.S. LEXIS 5708.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 418 Fed. Appx. 514.

**No. 11-5363. Gregory Wines, Petitioner v. Michigan.**

565 U.S. 903, 132 S. Ct. 302, 181 L. Ed. 2d 184, 2011 U.S. LEXIS 5607.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 11-5364. Elliott S. Winfield, Petitioner v. Terry D. Kilpatrick, et al.**

565 U.S. 903, 132 S. Ct. 302, 181 L. Ed. 2d 184, 2011 U.S. LEXIS 5606.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Eleventh District, denied.

**No. 11-5365. David Ommundson, Petitioner v. Mike Mahoney, Warden, et al.**

565 U.S. 903, 132 S. Ct. 302, 181 L. Ed. 2d 184, 2011 U.S. LEXIS 5751.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5366. Roderick Gunn, Petitioner v. United States.**

565 U.S. 903, 132 S. Ct. 302, 181 L. Ed. 2d 184, 2011 U.S. LEXIS 5638.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 419 Fed. Appx. 106.

**No. 11-5367. Chris Grindling, Petitioner v. United States District Court for the District of Hawaii, et al.**

565 U.S. 903, 132 S. Ct. 302, 181 L. Ed. 2d 184, 2011 U.S. LEXIS 5554.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5370. Nicky A. Landor, Petitioner v. Louisiana.**

565 U.S. 903, 132 S. Ct. 302, 181 L. Ed. 2d 184, 2011 U.S. LEXIS 5667.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, First Circuit, denied.

Same case below, 34 So. 3d 1166.

**No. 11-5371. Rafael Juan Colon, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

565 U.S. 904, 132 S. Ct. 303, 181 L. Ed. 2d 184, 2011 U.S. LEXIS 5776.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.